# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0349.  AARON STRONG v. THE STATE

Appellant was convicted of felony murder, as well as two counts of aggravated assault, and two counts of possession of a knife during the aggravated assaults.

The Supreme Court has exclusive jurisdiction over felony murder convictions. Therefore, Appellant's Motion To Transfer [this appeal] To The Georgia Supreme Court is hereby GRANTED and the appeal is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*